# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 14-31252-DSO | Trustee Name: | Collene K. Corcoran |
| Case Name: | FELDMAN, STEVEN A. | Date Filed (f) or Converted (c): | 04/25/2014 (f) |
| For the Period Ending: | 8/12/2014 | §341(a) Meeting Date: | 05/19/2014 |
| | | Claims Bar Date: | 09/24/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Property located at 3817 Fenton Road, Flint, Michigan 48507 | $30,000.00 | Unknown | | $0.00 | Unknown |
| 2 | Bank Account Elga Credit Union | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Some furniture, computer and television Location: 1629 Pontiac Street, Flint MI 48503 | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Personal Clothing Location: 1629 Pontiac Street, Flint MI 48503 | $300.00 | $0.00 | | $0.00 | FA |
| 5 | Necklace Location: 1629 Pontiac Street, Flint MI 48503 | $300.00 | $0.00 | | $0.00 | FA |
| 6 | Pension/401k with Lincoln Financial Group | $359,613.13 | Unknown | | $0.00 | FA |
| 7 | Interest in S&J Partnership The assets of S&J partnership are real property listed in schedule A | $0.00 | $0.00 | | $0.00 | $0.00 |
| 8 | RENTAL PROPERTY (u) | $4,000.00 | Unknown | | $0.00 | Unknown |
| 9 | POSSIBLE TAX REFUNDS FOR 2013 AND 2014 (u) | $0.00 | Unknown | | $0.00 | Unknown |
| 10 | ONE HALF INTEREST IN 3817 FENTON RD (u) | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**     $395,313.13     $0.00     $0.00     **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**
08/11/2014     TRUSTEE INVESTIGATING REAL PROPERTY, LLC AND TAX REFUNDS.

| Initial Projected Date Of Final Report (TFR): | 08/11/2017 | Current Projected Date Of Final Report (TFR): | 08/11/2017 | /s/ COLLENE K. CORCORAN |
| | | | | COLLENE K. CORCORAN |